**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cv-25271-UU

LESLIE GOUTIER,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon Plaintiff's Notice of Pending Partial Settlement (the "Notice"). D.E. 9. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On January 25, 2019, Plaintiff filed the Notice, informing the Court that:

> the parties have reached a settlement with regards to the FDCPA and FCCPA claims raised in the Complaint [D.E. 1] and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court. This case will proceed solely on the alleged TCPA violations raised against Defendant

D.E. 9. This notice is of no legal effect. Firstly, it is unclear to the Court why the parties need to submit dismissal documents with the Court. If Plaintiff wishes to amend her complaint to voluntarily dismiss a claim she is advised to follow the procedures set out in the Federal Rules of Civil Procedure, particularly Rule 15, which permits Plaintiff to amend her complaint. Fed. R. Civ. P. 15. Accordingly, it is

ORDERED AND ADJUDGED that the Notice of Pending Settlement, D.E. 9, is HEREBY STRICKEN. **ALL DEADLINES AND ORDERS REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this _28th_ day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record